# EXHIBIT LIST

Style: **Bonhomme Investment Partners v. Hayes et al.**
Case No: **4:13cv475 CDP**

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 1 | | 1 | 7/17/14 | | | Supplemental Affidavit of Donald M. Davis With attached exhibits | 7/17/14 |
| 2 | | 2 | 7/17/14 | | | Affidavit of Robert Greene With attached exhibits | 7/17/14 |
| 3 | | | 7/17/14 | | | Supplemental Affidavit of Richard Lehman With attached exhibits | 7/17/14 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

EXHIBITS RETURNED TO COUNSEL        ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page** __1__ of ____1__

# EXHIBIT LIST

Style: **Bonhomme Investment Partners v. Hayes et al.**
Case No: **4:13cv475 CDP**

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff    **Δ** = defendant      **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date      **Page 2 of 2**