UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BONHOMME INVESTMENT PARTNERS, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 4:13CV475 CDP |
| SHAUN HAYES, et al., | ) ) ) | |
| Defendants. | ) | |

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case to ADR</u>, for **mediation**, dated **July 9, 2015** and effective **January 4, 2016**, the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: _Kenneth M. Romines_

Firm Name and Address: _____

_248 Rosemont Ave._

_St. Louis, MO  63119_

Telephone & FAX Number: _(314) 968-8962_

The attorneys of record in this case are:

Name of Lead Counsel: Terry L. Pabst (for Pltfs)

Firm Name and Address: The Law Offices of Terry Pabst, P.C.
950 Francis Place, Ste. 107
St Louis, MO 63105

Telephone & FAX Number: (314) 814-8780 / (314) 725-0912 (fax)

Name of Other Counsel: Douglas S. Dove (for Def. Miller's Estate)

Firm Name and Address: Capes Sokol
7701 Forsyth Blvd., 12th Floor
St Louis, MO 63105

Telephone & FAX Number: (314) 721-7701 / (314) 721-0554

The completion deadline for this ADR referral is **February 1, 2016**.

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: 1/28/16  2016

Time of Conference: 10:00  (a)/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 So. 10th Street, St. Louis, MO

☒ Other Location: Capes Sokol
7701 Forsyth Blvd., 12th Floor
St Louis, MO 63105

William Darmstaedter (for Def. Shaun Hayes)
117 Greenbriar Estates Dr.
St Louis, MO 63122
(314) 436-3700

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

_Jan. 1, 2016_
Date

_____ (MO 37187)
Signature of Plaintiffs' counsel

_____ w/ permission
Signature of Def. Hayes' counsel
_____ (mo #38903)
Signature of Defendants Miller Estate's counsel