UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BONHOMME INVESTMENT PARTNERS, LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> SHAUN HAYES, et al., ) <br> ) <br> Defendants. ) | Case No. 4:13 CV 475 CDP |

## ORDER

The Court having been advised by counsel that plaintiff has settled its claims against defendant Richard Miller only.

**IT IS HEREBY ORDERED** that any hearings, deadlines or conferences are VACATED and all pending motions are denied as moot as to **defendant Richard Miller only.**

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment as to **defendant Richard Miller only.**

Failure to timely comply with this order shall result in the dismissal of this action with prejudice **defendant Richard Miller only.**

**IT IS FINALLY ORDERED** that the **claims against the remaining defendant, Shaun Hayes, remain set for trial on Monday, July 11, 2016 at 8:30 a.m.**

                                                */s/ Catherine D. Perry*
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2016.