UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BONHOMME INVESTMENT PARTNERS, LLC, )<br>)<br>DONALD M. DAVIS and )<br>)<br>RICHARD C. LEHMAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHAUN HAYES, *et al.*, )<br>)<br>Defendants. ) | Case No. 4:13-CV-00475 CDP |

### PLAINTIFFS' VOLUNTARY STIPULATION OF DISMISSAL AS TO ALL CLAIMS AGAINST DEFENDANT SHAUN HAYES

**COME NOW** Plaintiffs, by and through their undersigned attorneys, and for their Voluntary Stipulation of Dismissal as to All Claims Against Defendant Shaun Hayes, pursuant to Rule 41(a)(1)(A)(ii) and applicable law, hereby dismiss all claims against Defendant Shaun Hayes, without prejudice. All parties to bear their own costs.

Dated:  February 18, 2016

Respectfully submitted,

/s/ Terry L. Pabst
Terry L. Pabst #37187MO
The Law Offices of Terry Pabst, P.C.
950 Francis Place, Suite 107
St. Louis, MO 63105
(314) 812-8780 (Telephone)
(314) 725-0912 (Telefax)
E-Mail: tpabst@webpabstlaw.com

Counsel for Plaintiffs

/s/ William Darmstaedter, II
William Darmstaedter, II, Esq.
The Darmstaedter Law Firm
303 N. Broadway
St. Louis, Missouri 63102
(314) 436-3700 (Telephone)
(314) 436-3713 (Telefax)
E-mail: wdarmstaed@hotmail.com

Counsel for Defendant Hayes

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on February 18, 2016 a true and correct copy of the foregoing pleading was filed electronically to be served via operation of the Court's CM/ECF system on all parties and attorneys of record.

                                                                   /s/ Terry L. Pabst