UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BONHOMME INVESTMENT PARTNERS, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| SHAUN HAYES, et al., | ) ) |
| Defendants. | ) |

No. 4:13CV475 CDP

## **FINAL JUDGMENT**

As plaintiffs have now voluntarily dismissed all remaining claims against defendant Truman Bancorp, Inc., and all other defendants, the default judgment against Truman Bancorp, Inc., entered July 21, 2014, on plaintiffs' Amended Complaint is now final.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that plaintiffs shall have **FINAL JUDGMENT** against defendant Truman Bancorp, Inc., as follows:

    1.  Plaintiff Bonhomme Investment Partners, LLC, shall recover from defendant Truman Bancorp, Inc., the amount of $8,180,768;

    2.  Plaintiffs Donald Davis and Richard Lehman shall jointly recover from defendant Truman Bancorp, Inc., the sum of $3,927,199.55;

3.  Plaintiff Donald Davis shall recover from defendant Truman Bancorp, Inc., the additional sum of $6040;

4.  Plaintiff Richard Lehman shall recover from defendant Truman Bancorp, Inc., the additional sum of $2,254,479; and

5.  Defendant Truman Bancorp, Inc., shall bear all taxable costs.

As all matters which came before the Court have now been resolved, this case is closed.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of March, 2016.